# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                    Civil Action No. 2:13-cv-00543-NJ

JOHN DOE, subscriber assigned IP address
72.131.106.109,

       Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP Address 72.131.106.109. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated: August 23, 2013

                                        Respectfully submitted,

                                        By:    /s/ *Mary K. Schulz*
                                        Mary K. Schulz
                                        Schulz Law, P.C.
                                        1144 E. State Street, Suite A260
                                        Geneva, IL 60134
                                        Phone: 224-535-9510
                                        Email: SchulzLaw@me.com
                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on August _23_, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

     By: _/s/ *Mary K. Schulz*_____
     Mary K. Schulz